UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR TRUJILLO-CHAVEZ, A-240-464-926, a.k.a., GERARDO FUENTES LOMELI, A-399-312-787,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILIY, et al.,

Respondents.

No. 1:26-cv-03216-DC-EFB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 15)

Petitioner proceeds in this petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 15.) On June 21, 2026, Respondents filed objections to the findings and recommendations, stating that they object "[f]or the reasons set forth in [their] May 28, 2026 briefing." (Doc. No. 16.) However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Calvillo v. Chestnut,* No. 1:26-cv-00569-DC-CSK, 2026 WL 253627

1

(E.D. Cal. Jan. 31, 2026) (finding that where the government presents non-pretextual reasons to re-detain a noncitizen previously released into the United States, the proper remedy for the government's failure to provide a pre-deprivation bond hearing is a post-deprivation bond hearing, not immediate release). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 15, 2026 (Doc. No. 15) are ADOPTED;

2. Petitioner's petition for a writ of habeas corpus (Doc. No. 1) is GRANTED, as follows:

a. Respondents are ORDERED to provide Petitioner Oscar Trujillo-Chavez (A-240- 464-926), a.k.a., Gerardo Fuentes Lomeli (A-399-312-787), within fourteen (14) days of the date of entry of this order, a bond hearing before an Immigration Judge pursuant to 8 C.F.R. § 1236.1(c)(8) at which the government shall bear the burden of showing that Petitioner is not a flight risk or a risk to community safety; and

b. If Respondents fail to provide Petitioner a bond hearing within fourteen (14) days of the date of entry of this order, Petitioner shall be immediately released from Respondents' custody;

3. Petitioner's request for attorney's fees and costs (Doc. No. 1 at 19) is DENIED without prejudice to bringing a properly noticed and supported motion;

4. The Clerk of the Court is directed to serve this order on the California City Detention Facility; and

/////

5.    The Clerk of the Court shall enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

_____
Dena Coggins
United States District Judge